IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CECIL CLOYD THOMPSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:19-00900-JB-MU-C |
| | ) |
| **BP EXPLORATION & PRODUCTION, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is the parties' *Stipulation of Dismissal With Prejudice*. (Doc. 17). The Stipulation is filed expressly pursuant to Rule 41(a)(1)(A)(ii) and is signed by all parties. The claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to close this case and remove it from the master file.

**DONE and ORDERED** this 12th day of February, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE